Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

No. 63498.—Frederick H. Cone Co., Inc. v. United States, protests 59/406(D), etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

No. 63499.—Kaiser Reismann Corp. v. United States, protests 59/17479 and 59/16653 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

No. 63500.—Electrolux Corporation v. United States, protest 200680-K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of electrical floor polishers similar in all material respects to those the subject of *United States* v. *Electrolux Corporation* (46 C.C.P.A. 143, C.A.D. 718), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, NOVEMBER 10, 1959

No. 63501.—Frank P. Dow Co., Inc., a/c United China & Glass Co., and Frank P. Dow Co., Inc. v. United States, protests 245619-K and 239947-K (San Francisco).